IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03113-BNB

ROMAN CHRISTOPHER MESINA,

     Applicant,

v.

BLAKE R. DAVIS, Warden, FCC-Florence,

     Respondent.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 0 2011

GREGORY C. LANGHAM
CLERK

---

### ORDER OF DISMISSAL

---

     Applicant, Roman Christopher Mesina, is a prisoner in the custody of the United

States Bureau of Prisons at the Federal Prison Camp in Florence, Colorado.  Mr.

Mesina has filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C.

§ 2241.  The Court must construe the application liberally because Mr. Mesina is not

represented by an attorney.  *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall

v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).  However, the Court should not be an

advocate for a *pro se* litigant.  *See Hall*, 935 F.2d at 1110.  For the reasons stated

below, the Court will dismiss the action.

     Mr. Mesina is challenging the validity of his criminal conviction and sentence.  He

asserts that he was convicted of money laundering in 2003 in the United States District

Court for the Southern District of Florida pursuant to a plea agreement but that he is

actually innocent of that offense in light of the Supreme Court's decision in *United

States v. Santos*, 523 U.S. 507 (2008).  The Court notes that Mr. Mesina raises the

same claims challenging the same conviction in another habeas corpus action currently

pending in the District of Colorado. *See Mesina v. Davis*, No. 10-cv-02799-MSK (D.

Colo. filed Nov. 16, 2010).  Because Mr. Mesina's claims are repetitive of the claims he

is pursuing in his pending case, the instant action will be dismissed.  Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is

dismissed without prejudice.

DATED at Denver, Colorado, this __10th__ day of ____January_____, 2011.

BY THE COURT:


___s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No. 10-cv-03113-BNB

Roman Christopher Mesina
Reg No. 74753-004
FPC - Florence
P.O. Box 5000
Florence, CO 81226-5000

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on January 10, 2011

GREGORY C. LANGHAM, CLERK

By:_____
                      Deputy Clerk